UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY CINOTTO, Derivatively on Behalf of CITIGROUP INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>CHARLES PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, JOHN M. DUETCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW LIVERIS, ANNE M. MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT L. RYAN, FRANKLIN A. THOMAS<br><br>          Defendant(s).<br><br>– and –<br><br>CITIGROUP INC.,<br><br>          Nominal Defendant. | Civil Action No.<br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Gary Cinotto, Derivatively on Behalf of Citigroup Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Date:  November 8, 2007

                                                    Signature of Attorney

                                        Attorney Bar Code:  TGA-1515