UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY CINOTTO, Derivatively on Behalf of CITIGROUP INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, JOHN M. DUETCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW LIVERIS, ANNE M. MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT L. RYAN, FRANKLIN A. THOMAS <br><br> Defendant(s). <br><br> – and – <br><br> CITIGROUP INC., <br><br> Nominal Defendant. | Civil Action No. 07-CV-09900 (SHS) <br><br> NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Gary Cinotto, has moved its offices to:

> Law Offices of Thomas G. Amon
> 250 West 57th Street
> Suite 1316
> New York, NY 10107

DATED: January 28, 2008
New York, New York

By: /s/ Thomas G. Amon
Thomas G. Amon (TGA-1515)

LAW OFFICES OF THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Tel: (212) 810-2430

*Attorneys for Plaintiff Gary Cinotto*

Of Counsel: Harry H. Wise, Esq.