## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-9841 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| GARY CINOTTO, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-9900 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-10333 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |

| | |
|---|---|
| SAM COHEN, Derivatively On Behalf of CITIGROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITIGROUP, INC., ET AL., <br><br> Defendants. | : Case No. 07-cv-10344 (SHS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| WALTER E. RYAN, JR., derivatively on behalf of CITIGROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES PRINCE, ET AL., <br><br> Defendants, <br><br> -and- <br><br> CITIGROUP, INC., a Delaware Corporation, <br><br> Nominal Defendant. | : Case No. 07-cv-11581 (UA) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF THOMAS G. AMON IN FURTHER SUPPORT OF PLAINTIFF JEFFREY HARRIS' MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND <u>APPOINT A LEADERSHIP STRUCTURE</u>**

I, THOMAS G. AMON, declare as follows:

    1.    I am an attorney duly licensed to practice before all of the courts of the State of New York. I am an attorney with The Amon Law Firm, one of counsel of record for plaintiff Jeffrey Harris in the above entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

    2.    Attached are true and correct copies of the following exhibits:

    Exhibit A:    *In re DHB Industries, Inc. Derivative Litigation*, No. CV 05-4345 (JS)(ETB), Stipulation and Agreement of Settlement (E.D.N.Y. Mar. 12, 2007);

- 1 -

- 2 -

Exhibit B: *In re DHB Industries, Inc. Derivative Litigation*, No. CV 05-4345 (JS)(ETB), Declaration of Brian J. Robbins in Support of Plaintiff's Motion for Final Approval of Derivative Settlement and Approval of Attorneys' Fees and Reimbursement of Expenses (E.D.N.Y. Mar. 12, 2007).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of February, 2008, at New York, New York.

*s/Thomas G. Amon*
THOMAS G. AMON

318136_1