IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HARRIS, derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-09841-SHS |
| GARY CINOTTO, derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-09900-SHS |
| BENJAMIN NATHANSON, derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-10333-SHS |
| SAM COHEN, derivatively on behalf of Citigroup Inc.,<br>v.<br>CITIGROUP INC., ET AL.,<br>Defendants. | 1:07-cv-10344-SHS |
| WALTER E. RYAN, JR., derivatively on behalf of Citigroup Inc.,<br>v.<br>CHARLES O. PRINCE, ET AL.,<br>Defendants. | 1:07-cv-11581-UA |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed via the Court's Electronic Case File ("ECF") system the following documents in accordance with the Federal Rules of Civil Procedure and/or the Southern District of New York Local Rules, Southern District of New York:

(1) PLAINTIFF SAM COHEN'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS TO APPOINT LEAD COUNSEL AND IN FURTHER SUPPORT OF PLAINTIFF SAM COHEN'S MOTION FOR LEAD COUNSEL;

(2) SECOND DECLARATION OF ELIZABETH A. SCHMID IN SUPPORT OF PLAINTIFF SAM COHEN'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING MOTIONS TO APPOINT LEAD COUNSEL AND IN FURTHER SUPPORT OF PLAINTIFF SAM COHEN'S MOTION FOR LEAD COUNSEL WITH EXHIBIT THERETO; AND

(3) CERTIFICATE OF SERVICE.

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Brian James Robbins
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619)-525-3990

Thomas G. Amon
LAW OFFICES OF THOMAS G. AMON
500 Fifth Avenue
Suite 1650
New York, New York 10110
Telephone: (212)-810-2430

*Counsel for Plaintiff Jeffrey Harris*
Frank J. Johnson
Frank A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063

Thomas G. Amon
LAW OFFICES OF THOMAS G. AMON
500 Fifth Avenue
Suite 1650
New York, New York 10110
Telephone: (212)-810-2430

*Counsel for Plaintiff Gary Cinotto*

Clinton A. Krislov
Jeffrey M. Salas
KRISLOV & ASSOCIATES, LTD.
20 North Wacker Drive, Suite 1350
Chicago, IL 60606
Telephone: (312) 606-0500

Christopher Marlborough
FARUQI & FARUQI, LLP
369 Lexington Avenue
Tenth Floor
New York, New York 10017
Telephone: (516)-837-3227

*Counsel for Plaintiff Walter E. Ryan*

Thomas G. Amon
LAW OFFICES OF THOMAS G. AMON
500 Fifth Avenue
Suite 1650
New York, New York 10110
Telephone: (212)-810-2430

Jack Landskroner
LANDSKRONER GRIECO MADDEN, LTD
1360 West 9th, Suite 200
Cleveland, OH 44113
Telephone: (216) 522-9000

*Counsel for Benjamin Nathanson*

Brad S. Karp
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Counsel for Defendants*

Executed: February 4, 2008
        New York, New York

                /s/ *David A.P. Brower*
                   David A.P. Brower