UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC., | : Case No. 07-cv-9841 (SHS) |
| Plaintiff, | : |
| vs. | : NOTICE OF MOTION TO ADMIT FRANCIS A. BOTTINI, JR. PRO HAC VICE |
| CHARLES PRINCE, ET AL., | : |
| Defendants, | : |
| -and- | : |
| CITIGROUP, INC., a Delaware corporation, | : |
| Nominal Defendant. | : |

| | |
|---|---|
| GARY CINOTTO, Derivatively On Behalf of CITIGROUP, INC., | : Case No. 07-cv-9900 (SHS) |
| Plaintiff, | : |
| vs. | : |
| CHARLES PRINCE, ET AL., | : |
| Defendants, | : |
| -and- | : |
| CITIGROUP, INC., a Delaware corporation, | : |
| Nominal Defendant. | : |
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC., | : Case No. 07-cv-10333 (SHS) |
| Plaintiff, | : |
| vs. | : |
| CHARLES PRINCE, ET AL., | : |
| Defendants, | : |
| -and- | : |
| CITIGROUP, INC., a Delaware corporation, | : |
| Nominal Defendant. | : |



[Caption continued on following page.]

| | |
|---|---|
| SAM COHEN, Derivatively On Behalf of CITIGROUP, INC., | : Case No. 07-cv-10344 (SHS) |
| Plaintiff, | : |
| vs. | : |
| CITIGROUP, INC., ET AL., | : |
| Defendants. | : |
| WALTER E. RYAN, JR., derivatively on behalf of CITIGROUP, INC., | : Case No. 07-cv-11581 (SHS) |
| Plaintiff, | : |
| vs. | : |
| CHARLES PRINCE, ET AL., | : |
| Defendants, | : |
| -and- | : |
| CITIGROUP, INC., a Delaware Corporation, | : |
| Nominal Defendant. | : |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas G. Amon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Francis A. Bottini, Jr. |
| Firm Name: | Johnson Bottini, LLP |
| Address: | 655 West Broadway, Suite 1400 |
| | San Diego, CA 92101 |
| Telephone: | (619) 230-0063 |
| Facsimile: | (619) 233-5535 |

Francis A. Bottini, Jr. is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against Mr. Bottini in any State or Federal Court.

- 3 -

DATED:  February 6, 2008  
New York, New York

Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

_____  
THOMAS G. AMON (TGA-1515)

250 West 57th Street  
Suite 1316  
New York, NY 10107  
Telephone: (212) 810-2430  
Facsimile:  (212) 810-2427

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>                    Defendants,<br><br>-and-<br><br>CITIGROUP, INC., a Delaware corporation,<br><br>                    Nominal Defendant. | ) Case No. 07-CV-9841 (SHS)<br>)<br>) AFFIDAVIT OF THOMAS G. AMON IN<br>) SUPPORT OF MOTION TO ADMIT<br>) FRANCIS A. BOTTINI, JR. PRO HAC VICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| GARY CINOTTO, Derivatively On Behalf of CITIGROUP, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>                    Defendants,<br><br>-and-<br><br>CITIGROUP, INC.,<br><br>                    Nominal Defendant. | ) Case No. 07-CV-9900 (SHS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>                    Defendants,<br><br>-and-<br><br>CITIGROUP, INC.,<br><br>                    Nominal Defendant. | ) Case No. 07-CV-10333 (JSR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[Caption continued on following page.]

| | |
|---|---|
| SAM COHEN, Derivatively On Behalf of CITIGROUP, INC.,<br><br>      Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>      Defendants,<br><br>    -and-<br><br>CITIGROUP, INC.,<br><br>      Nominal Defendant. | ) Case No. 07-CV-10344 (SHS) |
| WALTER E. RYAN, JR., Derivatively On Behalf of CITIGROUP, INC.,<br><br>      Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>      Defendants,<br><br>    -and-<br><br>CITIGROUP, INC.,<br><br>      Nominal Defendant. | ) Case No. 07-CV-11581 (UA) |

State of New York )
        ) ss:
County of New York )

  THOMAS G. AMON, being duly sworn, hereby deposes and says as follows:

  1. I am an attorney at the Law Offices of Thomas G. Amon, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Francis A. Bottini, Jr. as counsel *pro hac vice* to represent Plaintiff in this matter.

  2. I am a member in good standing of the bar of the State of New York, (Reg. No. 180867) and was admitted to practice law in May 1974. I am also admitted to the bar of United States District Court, Southern District of New York, and am in good standing with this Court.

  3. I have known Mr. Bottini since 2007.

  4. Mr. Bottini is a partner at Johnson Bottini, LLP, in San Diego, California.

5. I have found Mr. Bottini to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Francis A. Bottini, Jr., *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Francis A. Bottini, Jr., *pro hac vice*, which is attached hereto as <u>Exhibit A</u>.

WHEREFORE it is respectfully requested that the motion to admit Francis A. Bottini, Jr., *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

DATED: February 6, 2008
New York, New York

Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

_____
THOMAS G. AMON (TGA-1515)

250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

Sworn to before me this 6th day of February 2008

_____
Notary Public

My Commission Expires:

HARRY H. WISE III
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WI6106451
Qualified in New York County
Commission Expires March 01, 2008



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, FRANCIS ALEXANDER BOTTINI, #175783 was admitted to the practice of law in this state by the Supreme Court of California on January 19, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(See attached caption page)     Plaintiff,

cv         (    )

- against -

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Thomas G. Amon    attorney for  Gary Cinotto

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Francis A. Bottini, Jr. |
| Firm Name: | Johnson Bottini, LLP |
| Address: | 655 West Broadway, Suite 1400 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 230-0063 |
| Email Address: | frankj@johnsonbottini.com |

is admitted to practice pro hac vice as counsel for   Gary Cinotto   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC.,<br><br>               Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>               Defendants,<br><br>               -and-<br><br>CITIGROUP, INC., a Delaware corporation,<br><br>             Nominal Defendant. | Case No. 07-CV-9841 (SHS) |
| GARY CINOTTO, Derivatively On Behalf of CITIGROUP, INC.,<br><br>               Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>              Defendants,<br><br>              -and-<br><br>CITIGROUP, INC.,<br><br>             Nominal Defendant. | Case No. 07-CV-9900 (SHS) |
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC.,<br><br>               Plaintiff,<br>vs.<br><br>CHARLES PRINCE, et al.,<br><br>              Defendants,<br><br>              -and-<br><br>CITIGROUP, INC.,<br><br>             Nominal Defendant. | Case No. 07-CV-10333 (JSR) |

[Caption continued on following page.]

| | |
|---|---|
| SAM COHEN, Derivatively On Behalf of CITIGROUP, INC., <br><br>        Plaintiff, <br> vs. <br><br> CHARLES PRINCE, et al., <br><br>        Defendants, <br><br>      -and- <br><br> CITIGROUP, INC., <br><br>        Nominal Defendant. | ) Case No. 07-CV-10344 (SHS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| WALTER E. RYAN, JR., Derivatively On Behalf of CITIGROUP, INC., <br><br>        Plaintiff, <br> vs. <br><br> CHARLES PRINCE, et al., <br><br>        Defendants, <br><br>      -and- <br><br> CITIGROUP, INC., <br><br>        Nominal Defendant. | ) Case No. 07-CV-11581 (UA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following this 7th day of February, 2008:

Lawrence B. Pedowitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

*Attorney for Defendants*

Brad S. Karp
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Attorney for Defendants*

                                                                  _____
                                                                  Thomas G. Amon (TGA-1515)